AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED
OCT 08 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
6436 Tewksbury Drive, Knoxville, Tennessee, which is a single-story, single-family residence. )
The house has an attached single-car garage door on the left side of the house that is white in )
color. The house has brown and beige stone across the bottom with light beige siding above )
the stone. The porch leading to the brown front door is covered and the black numbers "6436" )
are affixed to the house on the right side of the front door. [A photograph, property description, )
and driving directions are attached hereto as Attachment A and fully incorporated herein.] )

Case No. 3:20-MJ-1150

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

6436 Tewksbury Drive, Knoxville, Tennessee, which is a single-story, single-family residence. The house has an attached single-car garage door on the left side of the house that is white in color. The house has brown and beige stone across the bottom with light beige siding above the stone. The porch leading to the brown front door is covered and the black numbers "6436" are affixed to the house on the right side of the front door. [A photograph, property description, and driving directions are attached hereto as Attachment A and fully incorporated herein.]

located in the ____**Eastern**____ District of ____**Tennessee**____, there is now concealed *(identify the person or describe the property to be seized)*:

**Please see Attachment B which is attached hereto and fully incorporated herein.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21: 846, 841(a)(1), and 841(b)(1)(A) | Conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual). |

The application is based on these facts:
**Please see affidavit of FBI Task Force Officer Matthew Thompson which is attached hereto and incorporated herein.**

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth in the attached affidavit.

TFO _____
*Applicant's signature*

Matthew Thompson, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/8/2020

_____
*Judge's signature*

City and state: Knoxville, Tennessee

Hon. Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Photograph, Property Description, and Driving Directions to
### 6436 Tewksbury Drive, Knoxville, Tennessee

6436 Tewksbury Drive, Knoxville, Tennessee, is described as follows:

A single-story, single-family residence. The house has an attached single-car garage door on the left side of the house that is white in color. The house has brown and beige stone across the bottom with light beige siding above the stone. The porch leading to the brown front door is covered and the black numbers "6436" are affixed to the house on the right side of the front door.



6436 Tewksbury Drive, Knoxville, Tennessee, can be accessed as follows:

To arrive at 6436 Tewksbury Drive, Knoxville, Tennessee, starting at the intersection of Western Avenue and McKamey Road in Knoxville, Tennessee, turn south west on McKamey Road and travel approximately 1.4 miles; then take right onto Carbury Road and travel approximately 75 feet and then turn left onto Cadbury Drive and travel approximately 0.13 miles; then take the first right onto Tewksbury Drive and travel approximately 0.13 miles and 6436 Tewksbury Drive will be on your right. The residence will be at the intersection on Tewksbury Drive and Tenbury Lane.

## ATTACHMENT B

### Description of Items to be Searched for and Seized:

Controlled substances, including methamphetamine; paraphernalia for packaging, cutting, diluting, weighing, and distributing methamphetamine or other controlled substances (including, but not limited to, scales, baggies, packaging materials, and powder cutting agents); telephone records indicating telephone communications with coconspirators, drug customers and drug suppliers; express or overnight mail receipts; U.S. Currency; bookkeeping records (to include, receipts, schedules, tickets, notes, ledgers, and other documents relating to the transportation, ordering, purchasing, and distribution of methamphetamine); address books; electronic and/or digital records relating to drug trafficking stored or maintained on electronic devices (including computers, iPads and other notepad devices, and smartphones) and/or electronic/digital media (including computer discs and thumb drives); cellular telephones ~~(including the electronic and/or digital content stored therein)~~ and pagers (beepers) utilized to facilitate the drug trafficking; financial records (including bank statements and records, money drafts, letters of credit, money orders and cashier's checks, passbooks, bank checks, wire transfer receipts and records, stocks, bonds, vehicle titles, and keys to safe deposit boxes) which evidence the obtaining, transferring, and concealment of the proceeds and assets associated with drug trafficking; photographs of drug customers and suppliers and other coconspirators; photographs of assets acquired from the sale of controlled substances; firearms and ammunition which are used to protect drugs and proceeds from the sale of drugs; and mail, bills, and other documents which indicate dominion, ownership or control of the residence and vehicles.

*W #2*
*10/5/20*